DONALD J. QUERIO (State Bar No. 54367)
djq@severson.com
MARK I. WRAIGHT (State Bar No. 228303)
miw@severson.com
CASEY J. MCTIGUE (State Bar No. 266361)
cjm@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
Wells Fargo Home Mortgage, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BORBA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, and DOES 1 TO 10,<br><br>　　　　Defendants. | Case No.: 3:10-CV-00039-EMC<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** ORDER<br>[Fed. R. Civ. P., Rule 41(a)]<br><br>Date Filed:　October 8, 2009<br>Trial Date:　Not Set |

1.　　Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure allows the parties to stipulate to the dismissal of an action at any time.

2.　　Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Wells Fargo Home Mortgage, Inc., agree that the entire complaint shall be dismissed in its entirety and with prejudice.

3.　　Plaintiff and Wells Fargo Home Mortgage, Inc., also agree that all parties shall bear their own costs and attorneys' fees.

IT IS SO STIPULATED.

DATED: February 2, 2010     SEVERSON & WERSON
                            A Professional Corporation


                            By:      /s/   Mark I. Wraight
                                         Mark I. Wraight

                            Attorneys for Defendant
                            Wells Fargo Home Mortgage, Inc.


DATED: 2/4/, 2010           Law Office of Christopher W. Balthasar


                            By: _____
                                    Christopher W. Balthasar

                            Attorneys for Plaintiff Joseph Borba


IT IS SO ORDERED:



_____
Edward M. Chen
U.S. Magistrate Judge